AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Andrew Picek | Telephone: (313) 226-9652 |
| Special Agent: | Jimmie Pharr, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Christopher Collins | Case No. Case: 2:24−mj−30475<br>Assigned To : Unassigned<br>Assign. Date : 11/4/2024<br>Description: CMP USA V. COLLINS (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 922(g)(1) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Jimmie Pharr, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

_Judge's signature_

Date: November 4, 2024

City and state: Detroit, MI

Hon. R.Steven Whalen, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.      INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Christopher COLLINS for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.   SUMMARY OF THE INVESTIGATION

4. On October 26, 2024, at approximately 12:38 a.m., Detroit Police were on routine patrol in the area of Clark St. and Porter St. in Detroit, MI. Officers observed a 2016 Gray Nissan Pathfinder with a defective plate light. Officers queried the vehicle in the Law Enforcement Information Network and found that the 2016 Gray Nissan was also uninsured. Officers initiated a traffic stop based on both violations.

3

5. Officers exited their patrol vehicle and approached the 2016 Gray Nissan. Officers made contact with the driver of the vehicle, Christopher COLLINS. Due to COLLINS not being able to produce a valid driver's license and insurance, COLLINS was asked to exit the vehicle. Officers asked COLLINS if he was on probation or parole and COLLINS stated he was on probation. COLLINS was detained for further investigation. An officer returned to the vehicle and stood at the opened driver door. The officers shined a flashlight into the passenger compartment and saw, in plain view, a silver revolver with a black grip underneath the front of the driver seat. The revolver was a silver Smith & Wesson revolver, caliber: .38, bearing serial number CVU4408. The firearm was loaded with five live rounds of .38 caliber ammunition. The firearm was queried in LEIN and found to be stolen.

6. As an ATF Interstate Nexus Agent, I know that Smith & Wesson firearms are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

7. COLLINS has the following criminal history:

    a. 2016, Attempted improper handling of firearms in a motor vehicle (Fifth Degree Felony), Delaware County, Ohio

    b. 2017, Assault with intent to do great bodily harm; Firearms – receiving and concealing; Controlled Substance - Delivery/Manufacturer, 16th Circuit Court, Macomb County.

    c. 2019, Attempted Possession of Drugs (Third Degree Felony); Attempted Trafficking in Drugs (Third Degree Felony), Jackson County, Ohio.

    d. 2024, Carrying a Concealed Weapon, 3rd Circuit Court, Wayne County. (Sentenced to probation on September 26, 2024).

8.    COLLINS is a convicted felon and was convicted of violations that were punishable of more than one year in prison. Additionally, COLLINS was under Michigan Department of Corrections (MDOC) supervision for his most recent conviction when he was found in possession of the Smith & Wesson revolver. I reviewed records from MDOC, including COLLINS's probation conditions, which informed him

4

in writing that he is prohibited from possessing any weapons or violating any criminal law.

### III.  CONCLUSION

9. Probable cause exists that Christopher COLLINS, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. R. Steven Whalen
United States Magistrate Judge

Dated: November 4, 2024